[No. 32805-4-II. Division Two. January 18, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL THOMAS SIGO, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86-1-00431-1, D. Gary Steiner, J., entered January 26, 2005. *Reversed* by unpublished opinion per Houghton, J., concurred in by Van Deren, A.C.J., and Hunt, J.

[No. 32844-5-II. Division Two. January 18, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. CHAD BRIAN DORSE, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 04-1-00437-2, George L. Wood, J., entered January 27, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Penoyar, JJ.

[No. 22818-5-III. Division Three. January 19, 2006.]

JACK FRENCH ET AL., *Respondents,* v. URIBE, INC., *Petitioners.*

Appeal from a judgment of the Superior Court for Franklin County, No. 02-2-50068-7, Dennis D. Yule, J., entered February 11, 2004. *Affirmed in part* and *reversed in part* by unpublished opinion per Runge, J. Pro Tem., concurred in by Kato, C.J., and Brown, J. Now published at 132 Wn. App. 1.

[No. 23208-5-III. Division Three. January 19, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DENISE RANEE WICKHAM, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-00154-7, Jerome J. Leveque, J., entered June 18, 2004. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kato, C.J., and Brown, J.